FILED

11/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0323

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0323

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

JASON PEARSON,

   Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to dismiss the above-entitled cause due to Appellant's death, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 22 2022